### 11419

### McLEOD v. PEE DEE KNITTING MILLS

#### (121 S. E., 373)

MASTER AND SERVANT—ADMISSION OF WAGES DUE EMPLOYEE CLAIMING PUNITIVE DAMAGES HELD TO PREVENT NONSUIT.—In a suit for punitive damages for unlawfully withholding wages, defendant's admission in its answer that there was due plaintiff $5.46 on account of wages *held* to prevent nonsuit.

Before MAULDIN, J., Chesterfield. Reversed and remanded.

Action by Vernon McLeod against the Pee Dee Knitting Mills. From a judgment of nonsuit, plaintiff appeals.

*Mr. R. E. Hanna* for appellant.

*Mr. C. L. Prince* for respondent.

February 11, 1924.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

The "Case" contains this statement: That the action is "a suit for damages for the high-handed, unlawful, etc., withholding of wages alleged to be due the appellant by the respondent." Inasmuch as the defendant admits in its an-. swer that there is due the plaintiff $5.46 upon account of wages, regardless of the issue of punitive damages, the nonsuit should not have been ordered.

The judgment of this Court is that the judgment of the Circuit Court be reversed, and that the case be remanded to that Court for a new trial.